# ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2012 JAN 25　PM 3: 39

CLERK _C. Adams_
SO. DIST. OF GA.

TIMOTHY JOHNSON,　　　　)
　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　)
　　　　　　　　　　　　　)
　　v.　　　　　　　　　　)　　　　CV 311-079
　　　　　　　　　　　　　)
JOHN TRIPP, Doctor, et al.,　)
　　　　　　　　　　　　　)
　　　　Defendants.　　　)

---

## O R D E R

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants Allen, Brazard, Samual, and Moore are **DISMISSED** from this case.

SO ORDERED this 25 day of January, 2012, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE